

**FILED**

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

**FILED**

SEP 14 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
JESSICA GILLENTINE

O R D E R

Jessica Gillentine has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Gillentine's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Gillentine passed the MPRE in 2015 when seeking admission to the practice of law in Mississippi. Gillentine was admitted to the State Bar of Mississippi in 2016 and was admitted to and remained a member in good standing of the Tennessee Bar. The petition states that Gillentine has been practicing law "without any ethical or disciplinary issues" since 2016. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jessica Gillentine to waive the three-year test requirement for the MPRE for purposes of Gillentine's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 14 day of September, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices